FBI  SEALED

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>FRED C. ARENA,<br>A/K/A "MCCORMICK FOLEY", "JOHN S. MOSBY","FRITZ COON HEYDRICH", "BIG 88",<br>"FRITZ ARENA", "MOSBY S. JOHN"<br><br>*Defendant* | Case No.   19cr638 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FRED C. ARENA, A/K/A "MCCORMICK FOLEY", "JOHN S. MOSBY",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(2) - FALSE STATEMENTS TO GOVERNMENT OFFICIALS - 5 COUNTS

Date:   10/24/2019

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:   PHILA., PA.

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-24-19, and the person was arrested on *(date)* 10-25-19
at *(city and state)* PA

Date:   10-25-19

FBI
*Arresting officer's signature*

*Printed name and title*

11006505